986

No. 02–9104. SMITH v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 02–9105. BOWLING v. OHIO. Ct. App. Ohio, Sandusky County. Certiorari denied.

No. 02–9108. CROWELL v. MISSISSIPPI ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–9110. DRAGER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–9111. DENSON v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 02–9113. VEGA v. LOUISIANA. Ct. App. La., 1st Cir. Certiorari denied.

No. 02–9116. DAVIS v. FILION, SUPERINTENDENT, COXCACKIE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–9118. CHILDRESS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–9130. GALLIEN v. LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.

No. 02–9142. AKHMAD v. FARWELL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–9147. OXLEY v. OREGON. C. A. 9th Cir. Certiorari denied.

No. 02–9148. CORONEL v. OKU. C. A. 9th Cir. Certiorari denied.

No. 02–9161. MORGAN v. RAMIREZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–9169. PREVATTE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.